IN THE UNITED STATES DISRICT COURT
FOR THE DISTRIC OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **GABRIEL PEREZ.**<br>**Plaintiff**<br><br>VS.<br><br><br>**METROPOLITAN PROPERTY AND**<br>**CASUALY INSURANCE COMPANY** | :<br>:<br>:   CIVIL ACTION NO.<br>:   3:14-CV-01565 (CSH)<br>:<br>:<br>:<br>: |

## AMENDED COMPLAINT

### COUNT ONE BREACH OF CONTRACT

1. Plaintiff's Gabriel Perez (hereinafter referred to as the Plaintiff residence is located at 179 Fulton Terrace, new Haven, Connecticut 06153.

2. The Plaintiff had an automobile policy for his 2008 GMC Yukon. The policy number for the car was 820304351-

3. The Plaintiff 2008 GMC Yukon was stolen on September 12, 2011 from a pizzeria a 36 East Grand Avenue, New Haven, Connecticut and was found several days later with substantial damage to it. The Plaintiff reported the vehicle stolen to the police.

4. Metropolitan Property and Casualty Insurance Company (hereinafter referred to as the Defendant) headquarters location is at 700 Quaker Lane, P.O. Box 350, Warwick, RI 02887-0350.

5. The agent for service for Metropolitan Property and Casualty Insurance Company is he Insurance Commissioner of Connecticut at 153 Market Street, Hartford, Connecticut.

6. The Plaintiff's insurance policy was up to date and all requirements were met.

7. On April 3, 2012 the Defendant sent a letter to the Plaintiff stating that they rejected his claim for reimbursement for the stolen vehicle citing inconsistent stories as the basis for denial.

8. The police report for the stolen vehicle did not indicate that there was any suspicion of the Plaintiff having any part in the theft of his vehicle.

9. The Defendant breached their contract with the Plaintiff for their misrepresentation of equal rights and equal protection and the basis of denial being discrimination on the basis race, national origin and national language.

10. The Defendant breached their contract with the Plaintiff for their denial of his claim for reimbursement even though his policy is up to date and all provision of his policy were met.

## COUNT TWO BREACH OF CUIPA THROUGH CUTPA BY RACE AND NATIONAL ORIGIN

1. Paragraphs 1-8 of Count one are hereby made paragraphs 2-9 of this Count two as if fully set forth herein.

10. The Defendant's misrepresentation as to equal rights and equal protection and the basis for denial of claim is a violation of C.G.S. 38a-816(1) (A) in that Defendant advertises no discrimination as to race, creed, national origin, native language and such

is false.

11. Defendant further misrepresented the reason for denial of the claim and failed to provide any reasonable basis for denial of the claim and failed to offer a compromise with such frequency as applied to plaintiff based upon race, creed, national origin and or non-English speaking with such frequency as to establish a pattern and practice of conduct in violation of C.G.S. 38(a)-816 (a) (n).

12. By virtue of violating CUIPA as alleged Defendant has violated CUTPA.

**WHEREFORE,** Plaintiff claims one or more of the following forms of relief:

## COUNT ONE
1. Damages;
2. Costs; and
3. Such other and further relief as in law and equity this Court may further provide.

## COUNT TWO
1. Damages;
2. Costs; and
3. Such other and further relief as in law and equity this Court may further provide.
4. Attorney fees

The Plaintiff's

BY: _____

John Kardaras, Esq.
124 Jefferson Street
Hartford, CT 06106
(860) 527-9611
Juris No.: 402742

IN THE UNITED STATES DISRICT COURT
FOR THE DISTRIC OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| **GABRIEL PEREZ.**<br>**Plaintiff**<br><br>VS.<br><br><br>**METROPOLITAN PROPERTY AND**<br>**CASUALY INSURANCE COMPANY** | :<br>:<br>:  **CIVIL ACTION NO.**<br>:  **3:14-CV-01565 (CSH)**<br>:<br>:<br>:<br>: |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff's claims money damages in excess of fifteen thousand dollars ($15000), plus interest and costs.

The Plaintiff's

BY: _____
John Kardaras, Esq.
124 Jefferson Street
Hartford, CT 06106
(860) 527-9611
Juris No.: 402742

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been sent via facsimile, mail, postage pre-paid, or hand delivered, this 31st day of December 2014, to all pro se parties and counsel of record.

O'Connell, Attmore & Morris, LLC
280 Trumbull Street
Hartford, CT. 06103-3598

_____
John Kardaras, Esq.